IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CHRISTOPHER KING, SR.**                                                  **PLAINTIFF**
**ADC #651077**

v.                     **CASE NO: 4:12CV00508 BSM**

**ALICE WOODS**                                                              **DEFENDANT**

## ORDER

The proposed findings and recommended disposition [Doc. No. 6] submitted by United States Magistrate Judge Joe J. Volpe have been reviewed. No objections have been filed. After careful consideration and a *de novo* review of the record, it is found that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff Christopher King's compliant [Doc. No. 2] is dismissed with prejudice for failure to state a claim upon which relief may be granted.

2. Dismissal of the complaint constitutes a "strike" within the meaning of the Prison Litigation Reform Act (PLRA), 28 U.S.C. Section 1915(g).

3. The Court certifies, pursuant to 28 U.S.C. Section 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

Dated this 5th day of February 2013.

                                                                               UNITED STATES DISTRICT JUDGE